IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEFON REQUINN COLLINS**                                                          **PLAINTIFF**

v.                              Case No. 4:25-cv-1164-JM

**REGGIE BINNS, Owner**
**Reggie's Lock and Keys**                                                          **DEFENDANT**

## JUDGMENT

 Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

 IT IS SO ADJUDGED this 14th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE